Nancy K. Delaney, SBN 70617
William F. Mitchell, SBN 159831
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants
LOCUMTENENS.COM, LLC,
LT MEDICAL, LLC and
TRACIE B. RIVERA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD TURNER, | CASE NO.: 17-CV-02265-WHO |
| Plaintiff, | NOTICE OF APPEAL |
| vs. | |
| UNITED STATES, LOCUMTENENS, LLC, LT MEDICAL LLC, and TRACIE B. RIVERA, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Defendants Tracie B. Rivera, Locumtenens, LLC, and LT Medical, LLC, hereby appeal in the above-named case to the United States Court of Appeal for the Ninth Circuit from the Order Denying Summary Judgment, entered on October 9, 2018 (Docket No. 113). Specifically, defendants appeal the denial of immunity from suit to defendant Tracie B. Rivera, M.D., for notification of an articulated plan to inflict serious injury or death to an identified potential victim, as set forth in California Civil Code § 43.92(b), and all inextricably intertwined rulings therein. Said Order is immediately appealable pursuant to *Sharp v. Cty. of Orange*, 871 F.3d 901, 909, fn. 6 (9th Cir. 2017) and *Liberal v. Estrada*, 632 F.3d 1064, 1075 (9th Cir. 2011).

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

NOTICE OF APPEAL

1 | Attached hereto as *Exhibit 1* is defendants' Representation Statement pursuant to Fed.
2 | R. App. P. 12(b) and Ninth Circuit Rule 3-2(b).
3 | DATED: November 6, 2018     MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

By:  /s/ *Nancy K. Delaney*
Nancy K. Delaney
William F. Mitchell
Attorneys for Defendants
Locumtenens.com, LLC, LT Medical, LLC & Rivera

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

NOTICE OF APPEAL

1 | Nancy K. Delaney, SBN 70617
2 | William F. Mitchell, SBN 159831
  | MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
  | Attorneys at Law
3 | 814 Seventh Street
  | P. O. Drawer 1008
4 | Eureka, CA  95502
  | Tel:  (707) 443-5643
5 | Fax: (707) 444-9586

6 | Attorneys for Defendants
  | TRACIE B. RIVERA.
7 | LOCUMTENENS.COM, LLC,
  | and LT MEDICAL, LLC
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD TURNER, | CASE NO.: 17-CV-02265-WHO |
| Plaintiff, | **REPRESENTATION STATEMENT** |
| vs. | |
| UNITED STATES, LOCUMTENENS, LLC, LT MEDICAL LLC, and TRACIE B. RIVERA, | |
| Defendants. | |

The undersigned represents Defendants-Appellants TRACIE B. RIVERA, LOCUMTENENS.COM, LLC, and LT MEDICAL, LLC, in this matter, and no other party. The following list shows all of the parties to the action below, and identifies their counsel by name, firm, address, telephone number and email address, where appropriate.

| **Plaintiff Ronald Turner** | **Ronald Turner** |
|---|---|
| Plaintiff In Pro Per | 865 Elizabeth Barcus Way |
| | Fortuna, CA  95540 |
| | Tel:  (707) 682-6017 |
| | Email:   solaris16@aol.com |
| | journeyci@aol.com |

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

**EXHIBIT 1**

1

| | |
|---|---|
| 1 **Defendants Tracie B. Rivera,** | **Nancy K. Delaney #70617** |
| **Locumtenens.com, LLC, and** | **William F. Mitchell #159831** |
| 2 **LT Medical, LLC** | Mitchell, Brisso, Delaney & Vrieze, LLP |
| | 814 Seventh Street |
| | P.O. Drawer 1008 |
| | Eureka, CA  95502 |
| | Tel: (707) 443-5643 |
| | Fax: (707) 444-9586 |
| | Email: ndelaney@mitchelllawfirm.com |
| | wmitchell@mitchelllawfirm.com |

DATED:  November 6, 2018     Respectfully submitted,

MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

By:   */s/ Nancy K. Delaney*
          Nancy K. Delaney
          William F. Mitchell
          Attorneys for Defendants Rivera,
          Locumtenens.com, LLC & LT Medical, LLC

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

REPRESENTATION STATEMENT

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the County of Humboldt, over the age of eighteen years and not a party to or interested in the within entitled cause, my business address is 814 Seventh Street, Eureka, California.

On this date, I served the following documents:

**NOTICE OF APPEAL with REPRESENTATION STATEMENT**

__X__  By placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and mailing on this date and at the place shown, to the party(ies) and at the address(es) set forth below. I am readily familiar with the practice of this business for collecting and processing documents for mailing. On the same day that documents are placed for collection and mailing, they are deposited in the ordinary course of business with the United States Postal Service at Eureka, California.

_____  By personally delivering a true copy thereof to the party(ies) and at the address(es) as set forth below.

__X__  By personally emailing a true copy thereof to the party(ies) and at the email address(es) as set forth below.

I declare under penalty of perjury that the foregoing is true and correct. Executed November 6, 2018, at Eureka, California.

Kathy Radford

Ronald Turner  *Plaintiff In Pro Per*
865 Elizabeth Barcus Way
Fortuna, CA  95540
solaris16@aol.com
journeyci@aol.com

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502